FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 1 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 19 of 75 PageID #: 93






Enterprise Improvement | Corporate Turnaround and Restructuring | Financial Advisory Services | Information Management Services



AlixPartners
When it really matters.

Chicago  Dallas  Detroit  Düsseldorf  London  Los Angeles  Milan  Munich  New York  Paris  San Francisco  Shanghai  Tokyo  Washington, DC

# Project Hermitage
# Restructuring

March 6 2013



EXHIBIT
F

www.alixpartners.com

DEKABANK copy, March 6 2013

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 2 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 20 of 75 PageID #: 94

## Important Disclaimer

This report ("Report") was prepared by AlixPartners UK LLP ("AlixPartners") exclusively for the sole benefit and internal use of GENEL Denizcilik Nakliyati A.S. – GEDEN Lines (the "Company") pursuant to a client relationship between AlixPartners and the Company stipulated in the agreement for the provision of consulting services dated 22 November 2012 (the "Engagement Letter"). THIS REPORT IS NOT INTENDED TO BE RELIED UPON BY ANYONE OTHER THAN THE COMPANY, OR INDUCE ACTION OR FORBEARANCE BY ANYONE OTHER THAN THE COMPANY. This Report is strictly confidential and subject to the confidentiality provisions of the Engagement Letter.

The addressee of the Report is the Company. The Report may be made available to the following lenders: HSH Nordbank AG, DVB SE, Dekabank, Commerzbank AG, Bremer Landesbank, Norddeutsche Landesbank, Lloyds TSB Bank Plc, Natixis, Santander (the "Lenders") on a strict non-reliance basis only and subject to the provisions of this disclaimer. By taking receipt of this Report, the Lenders accept and agree to the non-reliance limitation set forth in the preceding sentence and the other provisions in this disclaimer. No other person other than the Company and the Lenders is authorized to have access to this Report, unless he has received AlixPartners' prior written consent and has signed and returned to AlixPartners an acceptable non-reliance report letter.

Should any unauthorized person obtain access to and read this Report, such person accepts and agrees to the following terms:

1. The unauthorized reader of this Report understands that the work performed by AlixPartners was performed in accordance with the instructions provided by the Company and was performed exclusively for the Company's sole benefit and internal use.

2. The unauthorized reader of this Report acknowledges that this Report was prepared at the direction of the Company and may not include all procedures deemed necessary for the purposes of the unauthorized reader.

3. The unauthorized reader agrees that AlixPartners, its partners, employees and agents neither owe nor accept any duty or responsibility to the unauthorized reader, whether in contract or in tort (including without limitation, negligence and breach of statutory duty), and shall not be liable in respect of any loss, damage or expense of whatsoever nature which is caused by any use the unauthorized reader may choose to make of this Report, or which is otherwise consequent upon the gaining of access to the Report by the unauthorized reader. Further, the unauthorized reader agrees that this Report is not to be referred to or quoted, in whole or in part, in any prospectus, registration statement, offering circular, public filing, loan, other agreement or document, and this Report is not to be distributed without AlixPartners prior written.

2

AlixPartners

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 3 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 21 of 75 PageID #: 95

## Important Disclaimer

The information contained in this Report is based upon financial and other data provided to AlixPartners and the representation made to AlixPartners by the management and staff of the Company. AlixPartners further relied on the assurance of management and staff of the Company that they were unaware of any facts that would make the information provided to AlixPartners incomplete or misleading. In preparing the Report, AlixPartners has assumed, without any independent verification, the accuracy and completeness of all information received from the Company, available from public sources, or which was otherwise provided to us. AlixPartners is not responsible whatsoever for any misrepresentations made to AlixPartners during the course of its review. AlixPartners has not subjected the information contained herein to an examination in accordance with generally accepted auditing or attestation standards.

Accordingly, AlixPartners cannot and does not express an opinion on the financial information and does not assume any responsibility for the accuracy or correctness of the projected financial or other data, information and assessments upon which the enclosed document is presented. AlixPartners expresses no view as to the accuracy, completeness or likelihood of the Company's business plan, scenarios, projections or forecasts contained in this Report.

The recipients of the Report, including the Lenders, accept that they will make their own investigation, analysis and decision relating to the possible or actual transaction/financing/credit relationship and/or matter related to such and will not use or rely upon this Report to form the basis of any such decisions. The Report cannot in any way serve as a substitute for inquiries and procedures which the Lenders will or should be undertaking for the purposes of satisfying themselves regarding the Client's business or financial position or for any other purpose in connection with the Lenders' relationship or transaction with the Client.

AlixPartners makes no representation or warranty regarding any actions the Lenders may or may not take in reliance on or in reference to matters presented in the Report. The Lenders accept and agree that AlixPartners, its affiliates, members, officers, partners, employees and agents (the "AlixPartners Entities") neither owe nor accept any duty or responsibility to the Lenders, whether in contract or in tort (including without limitation, negligence and breach of duty of any sort) or however otherwise arising. Any reliance the Lenders choose to place on the information or the Report is a matter of their judgment exclusively and at their own risk. Accordingly, no liability or responsibility whatsoever is accepted by the AlixPartners Entities for any loss howsoever arising from any use of, or in connection with, the Report.

The information in this Report is non-public and considered strictly confidential by the Company and AlixPartners.

DEKABANK copy. March 6 .013

AlixPartners

ICON397

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 4 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 22 of 75 PageID #: 96

## Important Disclaimer

This Report includes analyses of the Company's financial projections. These projections may be based, in whole or in part, on projections or forecasts of future events. A forecast, by its nature, is speculative and includes estimates and assumptions which may prove to be wrong. Actual results may, and frequently do, differ from those projected or forecast. Those differences may be material. Items which could impact actual results include, but are not limited to, unforeseen micro- or macro-economic developments, business or industry events, personnel changes, casualty losses, or the inability of the Company to implement plans or programs. The projections are also based upon numerous assumptions, including business, economic and other market conditions. Many of these assumptions are beyond the control of the Company and are inherently subject to substantial uncertainty. Such assumptions involve significant elements of subjective judgment, which may or may not prove to be accurate, and consequently, no assurances can be made regarding the analyses or conclusions derived from financial information based upon such assumptions.

The report is incomplete without reference to, and should be viewed solely in connection with, the oral briefing provided by AlixPartners which forms part of the Report.

The information in the Report reflects conditions and the views of AlixPartners as of this date, all of which are subject to change. AlixPartners undertakes no obligation to update or provide any revisions to the Report to reflect events, circumstances or changes that occur after the date the Report was prepared.

To the extent that any of the AlixPartners Entities provide any recipient of this Report with an oral presentation or explanations in relation to the Report or Client, the recipient of this Report acknowledges that such presentation and explanation will be given subject to the same terms and conditions as those specified in this disclaimer.

Neither the Report nor any of its contents may be copied, reproduced, disseminated, quoted or referred to in any presentation, agreement or document, with or without attribution to AlixPartners, at any time or in any manner other than for the internal use of the Company, without the express, prior written consent of AlixPartners.

DEKABANK copy, March 6, 2013

AlixPartners

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 5 of 52

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 23 of 75 PageID #: 97



# Contents

I.   Executive Summary / Remarks from the Company

II.  Background

III. Restructuring Proposal

IV.  Financial Analysis

V.   Conclusions

DEKABANK copy   March 6 2013          AlixPartners

ICON399

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 6 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 24 of 75 PageID #: 98



I. Executive Summary

DEKABANK copy, March 6 2013

AlixPartners

ICON400

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 7 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 25 of 75 PageID #:  99



## Executive Summary

▸ The November 20 Proposal provides the basis  for a formal or informal standstill period during which the Company can develop, negotiate and implement a structure providing a viable long term solution

▸ The November 20 Proposal has shown to be effective as an interim measure providing liquidity and stability to the Company but it is unlikely to provide a definitive solution. One significant obstacle to its long-term implementation is the transfer of cash flows away from banks towards charterers

▸ In considering alternatives for a financial restructuring, the Company sought to achieve the following key objectives:
  – Compensate stakeholders adequately for their risk-weighted capital exposure and concessions
  – Constrain cross subsidization between stakeholders related to different underlying assets
  – Ring-fence potential sources of disruption, holdout, or nuisance (such as arrests or sister-ship arrests)
  – Maximize options for stakeholders and potential for self-selection

▸ A long term plan involves grouping and ringfencing assets according to their debt service capacity and sensitivity to a recovery in rates.

▸ This can be achieved by executing arms-length sale transactions of the [SPVs] at market value into appropriate newcos:
  a) Newco Alpha: up to 29 vessels (mostly Tanker operations) financed by "Hamburg" banks, Natixis, Credit Europe (including Second Lien), NSF Second Lien and Lloyds; Alpha to be partially recapitalized with new equity and financed through 5 different facilites
  b) Newco Beta: 4 vessels financed by CCB and CDB.
  c) Group C: GB Global, NSF (South and East)
  d) Group D:  the remaining vessels, essentially comprised of Icon, Octavian, Stealth, FSL

DEKABANK copy. March 6 2013

AlixPartners

ICON401

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 8 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 26 of 75 PageID #: 100



## II. Background

DEKABANK copy, March 6 2013

AlixPartners

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF Document 13-5 Filed 06/11/19 Page 9 of 52

Case 1:18-cv-00178-MAC-ZJH Document 1-2 Filed 04/20/18 Page 27 of 75 PageID #: 101



# Background
The Market

▸ Neither the tanker nor the bulker market recovered through 2012 and vessel earnings have remained low
– The tanker market has shown signs of firmness in Q1 2013 but there is little optimism for a sustained recovery before Q3 2013
– The bulker market continues to be very weak and has performed slightly below the Nov 20 Business Plan forecast during Q1 2013

▸ Asset values have continued to deteriorate through the end of 2012. The latest levels as per Clarkson Research sustained decline to multiyear lows:
– 5yr old VLCC, Aframax and Product tankers at $57m, $28m, and $22m
– 5yr old Capesize, Panamax, and Handysize at $33m, $18m, and $16m





Source: Clarkson Research

AlixPartners

ICON403

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
INDEX NO. 655154/2016

NYSCEF DOC. NO. 75

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 10 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 28 of 75 PageID #: 102



# Background

## The Company

- The Company has actively been managing its portfolio since 2008, mainly via:
    - The investment of c.$700m in equity along with $1.8B of bank and sale-leaseback (18) financing
    - The Sale of 12 vessels upon delivery for net proceeds of $136m
    - The Sale of 17 vessels operating within the fleet for net proceeds of $79m
    - The sale –leaseback of 18 vessels to finance $665m in deliveries of which 7 in 2013 ($171m)

- Earnings from vessels financed by banks have fallen $45m short of debt service in the period 2011-2012. Similarly, earnings from bareboat vessels have fallen $43m short of obligations in the period 2011-2012.

- In order to maintain minimum operational liquidity, the Company has instituted a moratorium during the first quarter including the following measures
    - Deferral of 100% from all lenders other than CCB and CDB who have already agreed to a debt rescheduling starting from Q4 2012
    - Deferral of some November and December 2012 principal repayments
    - Deferral of 35% of the bareboat hire payments
    - Refinancing of Royal via Credit Europe facility; Repayment of 2012 bank principal overdue [1]
    - Management of supplier overdue through the quarter

- While all stakeholders have reserved their rights, some specific stakeholder actions have affected the cash flows
    - Unicredit has drawn on its deposit accounts
    - Icon issued a lien notice to the charterers and has directly received charter income

- With above measures and actions, available cash is projected at only c.$23.8m including retention at the end of March and c.$7.5m in restricted cash deposits

---

[1] Does not include default interest, margin increases and bank fees

10

AlixPartners

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
INDEX NO. 655154/2016

NYSCEF DOC. NO. 75

Case 1:19-cv-05065-JMF  Document 13-5  Filed 06/11/19  Page 11 of 52

RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH  Document 1-2  Filed 04/20/18  Page 29 of 75 PageID #: 103



## Company and Fleet Overview

The Company — Recent Events

▸ Flash

1. The Flash ran aground at the end of June and is currently arrested in Tunisia
2. The customer has invoked damage of goods (wet coal) and has refused to take delivery
3. 180 days have elapsed as of Feb 2013, potentially giving rise to a Constructive Total Loss on a hull coverage of $110m
4. The claim has been rejected by the Club on the basis that the damage is to cargo
5. An arbitrator is to be appointed week of Mar 4 2013

▸ Baytur

1. Baytur is expected to be delivered in the first week of April for $13.6m in proceeds

▸ Royal Refinancing

1. The Royal was refinanced through a $37.5m facility with Credit Europe
2. Credit Europe has cross-collateralized its second lien on the Namrun and the Scope (behind Natixis) with a second mortgage on the Royal
3. $10m has been paid to HSH and $10m is outstanding to the yard

AB NK opy Mar 5 2013

AlixPartners

ICON405

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75
INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF    Document 13-5    Filed 06/11/19    Page 12 of 52

Case 1:18-cv-00178-MAC-ZJH    Document 1-2    Filed 04/20/18    Page 30 of 75 PageID #:  104

## Company and Fleet Overview

Employment, Tanker

| | | | Tankers | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref | Vessel | Type | Daily Charter Net Rate | Charterer | Maturity | Profit Share End Date | Option Rate | Option Maturity | Option (Month) |
| 1 | MT AQUA | Aframax Tanker | 12,675 | CHEVRON | Apr-13 | - | 12,675 | Oct-13 | 6 |
| 2 | MT ACTION | Aframax Tanker | 12,706 | URSA SHIPPING | Mar-13 | - | 12,706 | May-13 | 2 |
| 3 | MT TARGET | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 4 | MT TRUE | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 5 | MT SPIKE | Aframax Tanker | 12,825 | URSA SHIPPING | Mar-13 | - | 12,825 | Oct-13 | 6 |
| 6 | MT AVOR | Aframax Tanker | 13,063 | URSA SHIPPING | Aug-13 | - | 13,063 | Feb-14 | 6 |
| 7 | MT VALUE | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 8 | MT BRAVO | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 9 | MT POWER | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 10 | MT PROFIT | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 11 | MT CENTER | Suezmax Tanker | 15,675 | NIDAS | Jun-13 | | 19,500 | Jun-14 | 12 |
| 12 | MT BLUE | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 13 | MT PINK | Suezmax Tanker | 36,834 | GLENCORE | Jun-15 | - | 36,834 | Jun-15 | - |
| 14 | MT BLANK | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 15 | MT REEF | Suezmax Tanker | 37,080 | GLENCORE | Jul-15 | - | 37,080 | Jul-15 | - |
| 16 | MT HERO | Suezmax Tanker | 13,000 | SHELL | Nov-15 | Jun-14 | 13,000 | Nov-18 | 36 |
| 17 | MT ROYAL | Suezmax Tanker | 13,000 | SHELL | Nov-15 | Jun-14 | 13,000 | Nov-18 | 36 |
| 18 | MT ENJOY | Panamax Tanker | 13,825 | CSSA | Mar-14 | - | - | Mar-14 | - |
| 19 | MT MARKA | Panamax Tanker | 11,959 | Panamax International (P.I.) | Jun-13 | - | 12,925 | Dec-13 | 6 |
| 20 | MT CITRON | MR Pro/Chem Tanker | 13,380 | SHELL | May-13 | - | 13,380 | Jul-13 | 2 |
| 21 | MT CITRUS | MR Pro/Chem Tanker | 13,380 | SHELL | Jul-13 | - | 13,380 | Sep-13 | 2 |
| 22 | MT ACOR | Ice Class Pro/Chem Tanker | 11,700 | NORDEN | Apr-13 | - | - | May-13 | 1 |
| 23 | MT CARRY | Ice Class Pro/Chem Tanker | 11,150 | NORDEN | Aug-13 | - | - | Sep-13 | 1 |
| 24 | MT ROVA | Ice Class Pro/Chem Tanker | 12,250 | CSSA | Nov-13 | - | - | Dec-13 | 1 |
| 25 | MT COTTON | Ice Class Pro/Chem Tanker | 12,250 | CSSA | Nov-13 | - | - | Dec-13 | 1 |
| 26 | MT CARGO | Ice Class Pro/Chem Tanker | 11,690 | NORDEN | May-13 | - | - | Jun-13 | 1 |
| 27 | MT ROCK | Ice Class Pro/Chem Tanker | 11,690 | NORDEN | Mar-13 | - | - | Apr-13 | 1 |
| 28 | MT ROCKET | Ice Class Pro/Chem Tanker | 11,690 | NORDEN | Jun-13 | - | - | Jul-13 | 1 |

DEKABANK copy, March 6 2013

AlixPartners

12

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 13 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 31 of 75 PageID #: 105

# Company and Fleet Overview

Employment, Bulk

| | | | Daily Charter Net Rate | | | Profit Share End Date | Option Rate | Option Maturity | Option (Month) |
|---|---|---|---|---|---|---|---|---|---|
| **Bulkers** | | | | | | | | | |
| Ref | Vessel | Type | | Charterer | Maturity | | | | |
| 31 | MV SCOPE | Capesize Bulk Carrier | 10,000 | SWISS MARINE | Oct-13 | - | - | May-14 | 7 |
| 32 | MV FLASH | Capesize Bulk Carrier | | ARRESTED | - | - | - | Jan-00 | - |
| 33 | MV PROUD | Capesize Bulk Carrier | 56,000 | COSCO | Jun-14 | - | - | Jun-14 | - |
| 34 | MV ANGEL | Capesize Bulk Carrier | 4,533 | SWISS MARINE | Mar-13 | - | - | Mar-13 | - |
| 35 | MV PRETTY | Capesize Bulk Carrier | 7,600 | SWISS MARINE | Feb-13 | - | - | May-13 | 3 |
| 36 | MV CASH | Kamsarmax Bulk Carrier | | N/A | - | - | - | Jan-00 | - |
| 37 | MV COLLECTION | Kamsarmax Bulk Carrier | | N/A | - | - | - | Jan-00 | - |
| 38 | MV CITY | Kamsarmax Bulk Carrier | | N/A | - | - | - | Jan-00 | - |
| 39 | MV ASIA | Supramax Bulk Carrier | 7,014 | SUPREME BULK CARRIERS | Jan-13 | - | 7,014 | Apr-13 | 3 |
| 40 | MV FANTASTIC | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | Jan-13 | - | 6,978 | Apr-13 | 3 |
| 41 | MV AMAZING | Supramax Bulk Carrier | 7,267 | SUPREME BULK CARRIERS | Feb-13 | - | 7,267 | May-13 | 3 |
| 42 | MV TARSUS | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | May-13 | - | 6,978 | Jul-13 | 2 |
| 43 | MV SPOT | Supramax Bulk Carrier | 10,925 | COPA | Feb-13 | - | - | Feb-13 | - |
| 44 | MV CLEAR | Supramax Bulk Carrier | 5,850 | Denmar Chartering & Trading GMBH Hamburg, Germany | May-13 | - | 5,850 | May-13 | - |
| 45 | MV NAMRUN | Supramax Bulk Carrier | 7,256 | SUPREME BULK CARRIERS | Jan-13 | - | 7,256 | Apr-13 | 3 |
| 46 | MV BAYTUR | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | Jan-13 | - | 6,978 | Apr-13 | 3 |
| 47 | MV SOUTH | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | Jan-13 | - | 6,978 | Apr-13 | 3 |
| 48 | MV EAST | Supramax Bulk Carrier | 8,422 | WORLDWIDE INVESTMENT | Feb-13 | - | 8,422 | Feb-13 | - |
| 49 | MV WEST | Supramax Bulk Carrier | 7,219 | SUPREME BULK CARRIERS | Jan-13 | - | 7,219 | Apr-13 | 3 |
| 50 | MV SECRET | Supramax Bulk Carrier | 8,422 | SUPREME BULK CARRIERS | Jan-13 | - | 8,422 | Apr-13 | 3 |
| 51 | MV SHARP | Supramax Bulk Carrier | 8,075 | SIVA BULK | May-13 | - | - | Jan-00 | 2 |
| 52 | MV CAPITAL | Supramax Bulk Carrier | 8,075 | SIVA BULK | May-13 | - | - | Jan-00 | 2 |
| 53 | MV METROPOL | Supramax Bulk Carrier | 7,219 | SUPREME BULK CARRIERS | Mar-13 | - | - | Jan-00 | - |
| 54 | MV WORLD | Supramax Bulk Carrier | 8,265 | SIVA BULK | Apr-13 | - | 8,265 | Jul-13 | - |
| 55 | MV EARTH | Mini Bulk Carrier | | On Spot | - | - | - | Jan-00 | - |
| 56 | MV WIND | Mini Bulk Carrier | | On Spot | - | - | - | Jan-00 | - |
| 25 | MT CV STEALTH | Aframax Tanker | 11,700 | PT Armada | Mar-13 | - | 11,700 | Apr-13 | 1 |
| 30 | MT CS STEALTH | Aframax Tanker | 12,255 | Petrovietnam Transport Corp | Mar-13 | - | 12,255 | Mar-13 | - |

DEK  BANK copy, March 3 2013

AlixPartners

ICON407

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 14 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 32 of 75 PageID #:  106



III. Restructuring Proposal

DEKABANK copy, March 6 2013

AlixPartners

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF  Document 13-5  Filed 06/11/19  Page 15 of 52

Case 1:18-cv-00178-MAC-ZJH  Document 1-2  Filed 04/20/18  Page 33 of 75 PageID #: 107



## Restructuring Proposal

Key Assumptions

‣ Key assumptions under the Plan include
  – All ships sold **at minimum of market value or value of loan** and on an arms-length basis.
  – There will be **some change in the ownership** in the go-forward entities Newco Alpha and Beta (in order to protect relevant lenders from sister ship arrests in South Africa - type jurisdictions)
  – Stakeholders in groups **C and D will have the option to move into A** subject to loan modifications adhering to the conditions prevalent in that entity.
  – Stakeholders in **C and D can have their vessels redelivered** subject to acceptable terms for termination.

‣ The Company would prefer a coordinated financing approach in Newco

‣ The Second Lien debt relating to NSF and Credit Europe is transferred/novated upon the sale. There may be an opportunity to renegotiate terms of mezzanine debt (NSF, Credit Europe) as part of the sale but it has not been contemplated here

‣ Deposits related to facilities (Unicredit, Profit, etc.) are netted the outstanding loan amounts; the loans are reconstituted after the transaction and the deposits are eliminated

JEK-BANK copy, March  2013

AlixPartners

ICON409

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 16 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 34 of 75 PageID #: 108



## Plan B – Split of Fleet via Newco A

Newco A Example

▸ **Newco Alpha:** Intended to form a viable standalone entity of up to 29 vessels (21 Tanker and 8 Bulker) in which the quality of vessel earnings would enable limited deferrals compared to those required in the November 20 proposal; New equity provided in the transaction to reduce total bank exposure and improve LTV coverage ratio for the majority of the facilities

▸ **Assumptions : 1)** Sale of ships at market value from Olco to Newco **2)** Equity to fund any shortfall in collateral in Oldco **3)** New bank financing in Newco provided at 95% LTV **4)** New Equity in Newco as required for 95% LTV.



Note: Indicative transaction structure subject to legal due diligence
(1) Equity of $1.1m also as a result of transfer of Namion at value greater then senior debt
(2) $52.6m financed in excess of market value of assets

16

AlixPartners

ICON410

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 17 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 35 of 75 PageID #: 109



## Plan B – Split of Fleet via Newco: Alpha

Structuring: Facility #1

▸ **Facility#1:** Newco Alpha financing at 95% LTV, LIBOR +3% on a 15 year loan profile from delivery date based 20 year working life minus 5 years. Pro Forma debt in Facility#1 includes second liens behind Natixis related to Credit Europe ($16.1m)

| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan [1] | (B) Current Estimated Value | (C) Excess / (Shortfall) upon sale [B-A] | (D) Capital required in NewCo (LTV of 95%) [B*(1-95%)] | (E) Capital required in NewCo (LTV of 95%) and to cover deficiency [D+Negative C] | (F) Equity going into OldCo [Positive C] | (G) New debt drawdown [D - A] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FACILITY #1 | Hamburg banks paid down to 95% LTV including any current shortfalls | | | | | | | | | | |
| Aframax | NLB | Target | 99% | 95% | 28.7 | 29.0 | 0.3 | 1.5 | 1.5 | 0.3 | 27.6 |
| Aframax | NLB | True | 108% | 95% | 33.4 | 31.0 | (2.4) | 1.6 | 4.0 | 0.0 | 29.5 |
| Aframax | Unicredit | Value | 95% | 95% | 31.5 | 33.0 | 0.0 | 1.7 | 1.7 | 0.0 [4] | 31.4 |
| Aframax | Unicredit | Bravo | 95% | 95% | 31.5 | 33.0 | 0.0 | 1.7 | 1.7 | 0.0 [4] | 31.4 |
| Aframax | Unicredit | Power | 97% | 95% | 31.9 | 33.0 | 0.0 | 1.7 | 1.7 | 0.0 [4] | 31.4 |
| Suezmax | DVB NLB | Profit | 96% | 95% | 39.4 | 41.0 | 1.6 | 2.1 | 2.1 | 1.6 | 39.0 |
| Suezmax | CB NLB BrLB | Blue | 99% | 95% | 40.5 | 41.0 | 0.5 | 2.1 | 2.1 | 0.5 | 39.0 |
| Suezmax | HSH 1 | Hero | 99% | 95% | 48.5 | 49.0 | 0.5 | 2.5 | 2.5 | 0.5 | 46.6 |
| MR | HSH 2 | Citron | 107% | 95% | 22.5 | 21.0 | (1.5) | 1.1 | 2.6 | 0.0 | 20.0 |
| MR | HSH 2 | Citrus | 107% | 95% | 23.6 | 22.0 | (1.6) | 1.1 | 2.7 | 0.0 | 20.9 |
| Handy | DVB NLB SAN | Acor | 96% | 95% | 20.1 | 21.0 | 0.9 | 1.1 | 1.1 | 0.9 | 20.0 |
| Handy | DVB NLB SAN | Carry | 100% | 95% | 21.0 | 21.0 | 0.0 | 1.1 | 1.1 | 0.0 | 20.0 |
| Handy | DVB NLB SAN | Rova | 100% | 95% | 21.0 | 21.0 | 0.0 | 1.1 | 1.1 | 0.0 | 20.0 |
| Handy | DVB NLB | Cotton | 100% | 95% | 21.0 | 21.0 | 0.0 | 1.1 | 1.1 | 0.0 | 20.0 |
| Handy | DVB NLB | Cargo | 91% | 95% | 21.0 | 23.0 | 2.0 | 1.2 | 1.2 | 2.0 | 21.9 |
| Handy | DVB NLB | Rock | 95% | 95% | 21.9 | 23.0 | 1.1 | 1.2 | 1.2 | 1.1 | 21.9 |
| Handy | DVB NLB | Rocket | 95% | 95% | 21.9 | 23.0 | 1.1 | 1.2 | 1.2 | 1.1 | 21.9 |
| Handymax | DVB | Asia | 102% | 95% | 19.4 | 19.0 | (0.4) | 1.0 | 1.3 | 0.0 | 18.1 |
| Mini Bulker | DVB | Earth | 98% | 95% | 2.9 | 3.0 | 0.1 | 0.2 | 0.2 | 0.1 | 2.9 |
| Mini Bulker | DVB | Wind | 98% | 95% | 2.9 | 3.0 | 0.1 | 0.2 | 0.2 | 0.1 | 2.9 |
| **Subtotal Facility #1** | **20** | | **99%** | **95%** | **504.7** [1] | **511.0** | **(5.9)** [3] | **25.6** | **31.5** [4] | **12.2** | **485.5** |

[1] To be adjusted for repayments before closing of the transaction (figures do not include principal repayments made week ending Feb 22)

[2] Represents sum of shortfall only

[3] Total amount of equity related to sale / purchase of vessels in Facility #1

[4] $4.1m related to excess collateral in Unicredit facility could be eliminated and repaid/refinanced through NSF 2nd Lien

DEKABANK copy, March 8 2013

AlixPartners

17

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 18 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 36 of 75 PageID #: 110

## Plan B – Split of Fleet via Newco: Alpha

Structuring – Example #1

| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan | (B) Current Estimated Value | (C) Excess / (Shortfall) upon sale [B-A] | (D) Capital required in NewCo (LTV of 95%) [B*(1-95%)] | (E) Capital required in NewCo (LTV of 95%) and to cover deficiency [D+Negative C] | (F) Equity going into OldCo [Positive C] | (G) New debt drawdown [D - A] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aframax | NLB | True | 108% | 95% | 33.4 | 31.0 | 2.4 | 1.6 | 4.0 | 0.0 | 29.5 |

1. True is sold from Oldco to Newco Alpha at market value $31m (B)
2. Any shortfall against the mortgage is funded by $2.4m new equity (C) and the whole of the Oldco debt is paid down. If there is value above the mortgage, the excess cash remains in Oldco
3. NLB and New Equity recapitalize Newco at a maximum of 95% LTV; NLB has reduced its exposure by $3.9m and improved LTV by 13%



Note: Indicative transaction structure subject to legal due diligence

AlixPartners

DEKABANK copy, March 5 2013

18

ICON412

**FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM**
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 19 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 37 of 75 PageID #: 111



## Plan B – Split of Fleet via Newco: Alpha

Structuring – Example #2

| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan | (B) Current Estimated Value | (C) Excess / (Shortfall) upon sale [B-A] | (D) Capital required in NewCo (LTV of 95%) [B*(1-95%)] | (E) Capital required in NewCo (LTV of 95%) and to cover deficiency [D+Negative C] | (F) Equity going into OldCo [Positive C] | (G) New debt drawdown [D - A] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Suezmax | DVB NLB | Profit | 96% | 95% | 39.4 | 41.0 | 1.6 | 2.1 | 2.1 | 1.6 | 39.0 |

1. Profit is sold from Oldco to Newco Alpha at $41m market value (B)
2. If there is value above the mortgage, the <u>excess cash remains in Oldco (C)</u>. Any shortfall would need to be funded via additional equity
3. DVB and New Equity recapitalize Newco at maximum of 95% LTV; NLB has reduced its exposure by $0.4m and improved LTV by 1%



Note: Indicative transaction structure subject to legal due diligence

DEKABANK copy  March 6 2013

AlixPartners

ICON413

**FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM**
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 20 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 38 of 75 PageID #: 112

# Plan B – Split of Fleet via Newco: Alpha

## Structuring

- Facility#2: Lloyds vessels sold and refinancing provided on the same terms
- Facility#3: Natixis vessels sold and refinancing provided on the same terms; Namrun facility extended and ship potentially sold in 2-3 yrs
- Facility#4: Credit Europe sold and refinancing provided on the same terms
- Facility#5: Dekabank vessels sold and refinancing provided on PAYC basis and no covenants
- Facility#6: NSF Second Lien behind Unicredit on the same terms

| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan | (B) Current Estimated Value | (C) Excess / (Shortfall) upon sale [B-A] | (D) Capital required in NewCo (LTV of 95%) [B*(1-95%)] | (E) Capital required in NewCo (LTV of 95%) and to cover deficiency [D+Negative C] | (F) Equity going into OldCo [Positive C] | (G) New debt drawdown [D - A] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **FACILITY #2** | **Lloyds facility rolled over into Newco Alpha on existing terms** | | | | | | | | | | |
| Suezmax | Lloyds | Pink | 85% | 85% | 37.3 | 44.0 | 6.7 | 6.7 | 6.7 | 6.7 | 37.3 |
| Suezmax | Lloyds | Blank | 68% | 68% | 32.2 | 47.0 | 14.8 | 14.8 | 14.8 | 14.8 | 32.2 |
| Suezmax | Lloyds | Reef | 75% | 75% | 34.6 | 46.0 | 11.4 | 11.4 | 11.4 | 11.4 | 34.6 |
| **FACILITY #3** | **Natixis facilities rolled over into Newco Alpha on existing terms** | | | | | | | | | | |
| Capesize | Natixis 1 | Scope | 87% | 87% | 23.4 | 27.0 | n/a | n/a | n/a | n/a | 23.4 |
| Handymax | Natixis 2 | Namrun | 88% | 88% | 14.0 | 16.0 | n/a | n/a | n/a | n/a | 14.0 [2] |
| **FACILITY #4** | **Loan includes $37.5m new refinancing from Credit Europe plus $16.1m 2nd priority loans relating to the Scope and the Namrun** | | | | | | | | | | |
| Suezmax | Credit Europe | Royal | 107% [1] | 107% | 53.6 | 50.0 | n/a | n/a | 0.0 | 0.0 | 53.6 |
| **FACILITY #5** | **Deka facility rolled over into Newco but paid only from available cash from these vessels** | | | | | | | | | | |
| Handymax | Deka | Tarsus | 133% | 133% | 24.0 | 18.0 | n/a | n/a | n/a | n/a | 24.0 |
| Handymax | Deka | Spot | 139% | 139% | 25.0 | 18.0 | n/a | n/a | n/a | n/a | 25.0 |
| Handymax | Deka | Clear | 139% | 139% | 25.0 | 18.0 | n/a | n/a | n/a | n/a | 25.0 |
| **FACILITY #6** | **NSF 2nd Lien facilities** | | | | | | | | | | |
| | | | n/a | n/a | 25.5 | n/a | n/a | | | | 25.5 |
| **TOTAL Newco Alpha** | | | 29 | 97% | 95% | 799.3 | 795.0 | (5.9) [3] | 58.5 | 64.4 | 44.6 | 784.0 |

MV of Newco Alpha Assets · Total Capital required · New Alpha debt

[1] Royal refinancing includes second lien ; LTV on first lien is 75%
[2] Equity value from the rollover of the Namrun loan on $16m in MV; equity not retained by Oldco due to 2nd Lien by Credit Europe
[3] Represents sum of shortfall only

DEKABANK Copy March 6 2013

AlixPartners

ICON414

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

Case 1:19-cv-05065-JMF  Document 13-5  Filed 06/11/19  Page 21 of 52

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH  Document 1-2  Filed 04/20/18  Page 39 of 75 PageID #: 113



# Plan B – Split of Fleet via Newco: Alpha

Structuring – Example #3

| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan | (B) Current Estimated Value | (C) Excess / (Shortfall) upon sale [B-A] | (D) Capital required in NewCo | (E) Capital required in NewCo (LTV of 95%) and to cover deficiency [D+Negative C] | (F) Equity going into OldCo [Positive C] | (G) New debt drawdown [D - A] |
|------|----------|------|-------------|---------------|------------------------------|------------------------------|-------------------------------------------|-------------------------------|-------------------------------------------------------------------------------|------------------------------------------|-------------------------------|
| Suezmax | Lloyds | Pink | 85% | 85% | 37.3 | 44.0 | 6.7 | 6.7 | 6.7 | 6.7 | 37.3 |

1. Pink is sold from Oldco to Newco Alpha at market value (B)
2. The excess cash over the mortgage value remains in Oldco (C)
3. Lloyds and New Equity recapitalize Newco at a maximum of 95% LTV; Given that coverage is lower than 95% (85%,) <u>no new equity is required upon refinancing of Newco with $37.3m in debt</u>



Note: indicative transaction structure subject to legal due diligence

DEKABANK copy. March 5 2013

AlixPartners

21

ICON415

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 22 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 40 of 75 PageID #: 114

## Plan B – Split of Fleet via Newco: Alpha

Structuring – Example #4



| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan | (B) Current Estimated Value | (C) Excess / (Shortfall) upon sale [B-A] | (D) Capital required in NewCo | (E) Capital required in NewCo (LTV of 95%) and to cover deficiency [D+Negative C] | (F) Equity going into OldCo [Positive C] | (G) New debt drawdown [D - A] |
|------|----------|------|-------------|---------------|------------------------------|------------------------------|--------------------------------------------|-------------------------------|---------------------------------------------------------------------------------|------------------------------------------|-------------------------------|
| Handymax | Deka | Spot | 139% | 139% | 25.0 | 18.0 | | 0.0 | 0.0 | 0.0 | 25.0 |

1. Spot is sold from Oldco to Newco Alpha at $25m being equivalent to outstanding loans
2. Loans are novated to Newco
3. Loans are paid out of available cash on the vessel only

Amount of loan novated is beyond market value at the time of the transaction; no recapitalization



Note: Indicative transaction structure subject to legal due diligence

AlixPartners

DEKABANK copy, March 6 2013

22

ICON416

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 23 of 52

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 41 of 75 PageID #:  115



# Plan B – Split of Fleet via Newco: Alpha
Structuring – Sources and Uses, Pro Forma Balance Sheet

| Sources | | Uses | |
|---|---|---|---|
| New equity [1] | 64.4 | Purchase of assets | 784.0 |
| New financing | 784.0 | Net bank debt paydown | 19.3 |
| | | Equity to cover collateral shortfall and excess value | 45.1 |
| **Total Sources** | **$848.4** | **Total Uses** | **$848.4** |

[1] Does not include additional liquidity for operational cash

DEKABANK copy. March 3 2013

AlixPartners

ICON417

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75
INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 24 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 42 of 75 PageID #: 116



# Plan B – Split of Fleet via Newco: Beta
Structuring

▸ **Newco Beta:** Contains 4 Bulkers financed by Chinese banks. These are considerably under water yet they must be offered attractive terms given that the Chinese banks benefit from a Corporate Guarantee.

▸ **Assumptions :** Loans novated to Newco Beta on existing terms. **Subject to an appropriate rescheduling of obligations we do not envisage equity being required for Newco Beta.**

| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan | (B) Current Estimated Value |
|---|---|---|---|---|---|---|
| Capesize | CCB | Flash | 100% | 100% | 33.1 | 33.0 |
| Capesize | CCB | Proud | 100% | 100% | 33.1 | 33.0 |
| Capesize | CDB | Angel | 119% | 119% | 43.0 | 36.0 |
| Capesize | CDB | Pretty | 125% | 125% | 45.1 | 36.0 |
| **Total Newco Beta** | | **4** | **112%** | **112%** | **154.3** | **138.0** |

DEKABANK copy. March 6 2013
AlixPartners

ICON418

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 25 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 43 of 75 PageID #:  117



## Plan B – Split of Fleet via Newco: Group C

Structuring

▸ **Group C:** Contains 11 Bulkers financed by GB Global as well as the NSF-financed vessels.

▸ **Assumptions :**  Entity would require revision of current contractual debt service in order to maintain liquidity; Subject to adequate concessions, facilities could opt into Newco Alpha or desist from participation and take ships back

| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan | (B) Current Estimated Value |
|---|---|---|---|---|---|---|
| Kamsarmax | GB Global | Cash | 96% | 96% | 26.0 | 27.0 |
| Kamsarmax | GB Global | Coll./Chance | 96% | 96% | 26.0 | 27.0 |
| Kamsarmax | GB Global | City | 96% | 96% | 26.0 | 27.0 |
| Handymax | NSF | South | 84% | 84% | 19.3 | 23.0 |
| Handymax | NSF | East | 84% | 84% | 19.3 | 23.0 |
| Handymax | GB Global | West | 103% | 103% | 23.7 | 23.0 |
| Handymax | GB Global | Secret | 103% | 103% | 23.7 | 23.0 |
| Handymax | GB Global | Sharp | 103% | 103% | 23.7 | 23.0 |
| Handymax | GB Global | Capital | 103% | 103% | 23.7 | 23.0 |
| Handymax | GB Global | Metropol | 103% | 103% | 23.7 | 23.0 |
| Handymax | GB Global | World | 103% | 103% | 23.7 | 23.0 |
| **Total Group C** | | **11** | **98%** | **98%** | **258.8** | **265.0** |

DEKABANK copy, March 6 20

AlixPartners

ICON419

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 26 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 44 of 75 PageID #: 118



# Plan B – Split of Fleet: Residual Oldco: Group D

Structuring

▸ **Group D, Geden Oldco:** 11 Group D vessels make up the residual fleet and are not part of the Company's future. These include the vessels funded by FSL, Icon, Octavian and Stealth when traditional financing was unavailable. Baytur will be sold April 2013.

▸ **Assumptions :** Entity would require revision of current contractual debt service in order to maintain liquidity; Proceeds from the sale to Newco Alpha would provide liquidity to pay down payables.

| Type | Facility | Name | Current LTV | Pro Forma LTV | (A) Actual Outstanding Loan (PV of leases) | (B) Current Estimated Value |
|---|---|---|---|---|---|---|
| Aframax | FSL | Aqua | 234% | 234% | 60.8 | 26.0 |
| Aframax | FSL | Action | 234% | 234% | 60.8 | 26.0 |
| Aframax | Stealth | Spike | 177% | 177% | 55.0 | 31.0 |
| Aframax | Stealth | Avor | 176% | 176% | 54.5 | 31.0 |
| Suezmax | Icon 1 | Center | 145% | 145% | 67.9 | 47.0 |
| Panamax | Octavian 1 | Enjoy | 141% | 141% | 42.2 | 30.0 |
| Panamax | Octavian 2 | Marka | 128% | 128% | 41.0 | 32.0 |
| Handymax | Icon 2 | Fantastic | 157% | 157% | 29.9 | 19.0 |
| Handymax | Icon 2 | Amazing | 157% | 157% | 29.9 | 19.0 |
| Chartered - Afra_Tanker | not ours | CV Stealth | | | | |
| Chartered - Afra_Tanker | not ours | CS Stealth | | | | |
| **Subtotal SPVs** | | **11** [1] | **169%** | **169%** | **441.9** | **261.0** |
| **Corporate facility** | Bank Asya | | | | 39.5 | |
| **Total Group D** | | | | | **481.4** | |

[1] Baytur sold before the transaction

DEKABANK copy, March  2013

AlixPartners

ICON420

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
INDEX NO. 655154/2016

NYSCEF DOC. NO. 75
Case 1:19-cv-05065-JMF Document 13-5 Filed 06/11/19 Page 27 of 52
RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH Document 1-2 Filed 04/20/18 Page 45 of 75 PageID #: 119



## Plan B – Summary

Bank Exposure: By Facility

| | Estimated Value | Current debt | LTV Current | PF Debt | LTV After | Change in debt | Change in LTV |
|---|---|---|---|---|---|---|---|
| Unicredit | 99.0 | 94.9 | 96% | 94.1 | 95% | (0.8) | -1% |
| NLB | 60.0 | 62.1 | 104% | 57.0 | 95% | (5.1) | -9% |
| HSH 2 | 43.0 | 46.1 | 107% | 40.9 | 95% | (5.3) | -12% |
| DVB | 25.0 | 25.3 | 101% | 23.8 | 95% | (1.5) | -6% |
| CB NLB BrLB | 41.0 | 40.5 | 99% | 39.0 | 95% | (1.5) | -4% |
| DVB NLB SAN | 63.0 | 62.1 | 99% | 59.9 | 95% | (2.3) | -4% |
| HSH 1 | 49.0 | 48.5 | 99% | 46.6 | 95% | (2.0) | -4% |
| DVB NLB | 131.0 | 125.2 | 96% | 124.5 | 95% | (0.8) | -1% |
| GB Global | 219.0 | 220.3 | 101% | 220.3 | 101% | 0.0 | 0% |
| CDB | 72.0 | 88.1 | 122% | 88.1 | 122% | 0.0 | 0% |
| CCB | 66.0 | 66.2 | 100% | 66.2 | 100% | 0.0 | 0% |
| Credit Europe | 50.0 | 53.6 | 107% | 53.6 | 107% | 0.0 | 0% |
| Lloyds | 137.0 | 104.1 | 76% | 104.1 | 76% | 0.0 | 0% |
| NSF | 46.0 | 38.5 | 84% | 38.5 | 84% | 0.0 | 0% |
| Natixis 1 | 27.0 | 23.4 | 87% | 23.4 | 87% | 0.0 | 0% |
| Natixis 2 | 16.0 | 14.0 | 88% | 14.0 | 88% | 0.0 | 0% |
| Octavian 2 | 32.0 | 41.0 | 128% | 41.0 | 128% | 0.0 | 0% |
| Octavian 1 | 30.0 | 42.2 | 141% | 42.2 | 141% | 0.0 | 0% |
| Deka | 54.0 | 74.0 | 137% | 74.0 | 137% | 0.0 | 0% |
| Icon 1 | 47.0 | 67.9 | 145% | 67.9 | 145% | 0.0 | 0% |
| Icon 2 | 38.0 | 59.7 | 157% | 59.7 | 157% | 0.0 | 0% |
| Stealth | 62.0 | 109.5 | 177% | 109.5 | 177% | 0.0 | 0% |
| FSL | 52.0 | 121.6 | 234% | 121.6 | 234% | 0.0 | 0% |
| **TOTAL** | **1,459.0** | **1,628.8** | **112%** | **1,609.5** | **110%** | **(19.3)** | **-1%** |

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
INDEX NO. 655154/2016
NYSCEF DOC. NO. 75
RECEIVED NYSCEF: 02/01/2019

## Plan B – Summary

Bank Exposure: By Bank

| | Estimated Value | Current debt | LTV Current | PF Debt | LTV After | Change in debt | Change in LTV |
|---|---|---|---|---|---|---|---|
| Unicredit | 99.0 | 94.9 | 96% | 94.1 | 95% | (0.8) | -1% |
| NLB | 170.1 | 168.8 | 99% | 161.6 | 95% | (7.1) | -4% |
| DVB | 106.3 | 103.4 | 97% | 100.9 | 95% | (2.5) | -2% |
| Commerzbank | 14.8 | 14.6 | 99% | 14.0 | 95% | (0.6) | -4% |
| BrLB | 13.1 | 13.0 | 99% | 12.5 | 95% | (0.5) | -4% |
| Santander | 23.8 | 22.5 | 95% | 22.0 | 93% | (0.6) | -2% |
| HSH | 92.0 | 94.6 | 103% | 87.4 | 95% | (7.2) | -8% |
| GB Global | 219.0 | 220.3 | 101% | 220.3 | 101% | 0.0 | 0% |
| CDB | 72.0 | 88.1 | 122% | 88.1 | 122% | 0.0 | 0% |
| CCB | 66.0 | 66.2 | 100% | 66.2 | 100% | 0.0 | 0% |
| Credit Europe | 50.0 | 53.6 | 107% | 53.6 | 107% | 0.0 | 0% |
| Lloyds | 137.0 | 104.1 | 76% | 104.1 | 76% | 0.0 | 0% |
| NSF | 46.0 | 64.0 | 139% | 64.0 | 139% | 0.0 | 0% |
| Natixis | 35.0 | 30.4 | 87% | 30.4 | 87% | 0.0 | 0% |
| Octavian | 62.0 | 83.2 | 134% | 83.2 | 134% | 0.0 | 0% |
| Deka | 54.0 | 74.0 | 137% | 74.0 | 137% | 0.0 | 0% |
| Icon | 85.0 | 127.6 | 150% | 127.6 | 150% | 0.0 | 0% |
| Stealth | 62.0 | 109.5 | 177% | 109.5 | 177% | 0.0 | 0% |
| FSL | 52.0 | 121.6 | 234% | 121.6 | 234% | 0.0 | 0% |
| **TOTAL** | **1,459.0** | **1,654.3** | **113%** | **1,635.0** | **112%** | **(19.3)** | **-1%** |

EKABANK copy, MA h 8 2013

AlixPartners

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 29 of 52

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 47 of 75 PageID #: 121



## IV. Financial Analysis

AlixPartners

ICON423

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 30 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 48 of 75 PageID #: 122



## Assumptions

General

▸ Business plan is based on the following main assumptions:

### Operations

— 20 offhire days for drydocking
— Rates applied to reflect type of vessel, adjusted for contract terms

— Charter-out options exercised if below market rate
— No Opex inflation
— No working capital movements

### Investments

— Dry docking taken from technical management schedule
— No asset sales
— Capex as per financing commitments

— Charter-in come off upon expiry
— Purchase obligations resold at loss/gain equal to current differential between market value and financial obligation

### Financing

— No variation in current base rate
— Margins as per specific facilities (following pages)
— Amortization as per specific facilities
— No interest rate swap

— Refinancing of Royal providing $27.5m net liquidity post HSH repayment and before any repayment to yard ($10m)
— Extension of Namrun on same terms upon Nov-13 maturity; likely to be sold within 2-3 years

### Restructuring

— No mechanism for bareboat catch-up
— Bareboat purchase options not exercised

— No restructuring fees
— All bank deferrals assumed to take on new profile or bullet repayment (no assumption on bareboat deferrals)

DEKABANK cooy, March 6 2013

AlixPartners

30

ICON424

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 31 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 49 of 75 PageID #: 123



## Assumptions

### Rates

▸ The Company's market projections imply CAGR increases of 8-11% for the majority of the fleet:

| $/day | 2013 | 2014 | 2015 | 2016 | 2017 | CAGR (12-17) |
|---|---|---|---|---|---|---|
| Aframax Tanker | 14,000 | 14,000 | 17,500 | 19,000 | 21,000 | 8% |
| Suezmax Tanker | 15,000 | 15,000 | 22,000 | 24,000 | 24,000 | 8% |
| Panamax Tanker | 13,500 | 13,500 | 14,500 | 17,500 | 17,500 | 5% |
| MR Pro/Chem Tanker | 13,000 | 13,000 | 15,000 | 15,000 | 15,000 | 3% |
| Ice Class Pro/Chem Tanker | 12,500 | 12,500 | 14,000 | 14,000 | 14,000 | 3% |
| Capesize Bulk Carrier | 15,000 | 17,500 | 20,000 | 22,000 | 22,000 | 11% |
| Kamsarmax Bulk Carrier | 12,500 | 15,000 | 15,000 | 20,000 | 20,000 | 15% |
| Supramax Bulk Carrier | 10,000 | 11,000 | 15,000 | 17,500 | 17,500 | 17% |
| Mini Bulk Carrier | 5,000 | 6,000 | 7,000 | 8,000 | 8,000 | 15% |

▸ The actual revenue increase accruing to the fleet through the projection differs as a result of the exercise of charter options and the JV structure on certain vessels (mainly Shell). Revenue CAGR through the period is 6.6%



Total Fleet Revenue by quarter ($m)

DEKABANK Copy  March 6 2013

AlixPartners

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
INDEX NO. 655154/2016
NYSCEF DOC. NO. 75
Case 1:19-cv-05065-JMF  Document 13-5  Filed 06/11/19  Page 32 of 52
RECEIVED NYSCEF: 02/01/2019
Case 1:18-cv-00178-MAC-ZJH  Document 1-2  Filed 04/20/18  Page 50 of 75 PageID #: 124

## Financial Analysis

Summary of Terms: Newco Alpha

| NewCoAlpha #1 | Terms |
|---|---|
| Senior Facilities | - NLB, Uni, DVB NLB, CB NLB BrLB, HSH1, HSH2, DVB NLB SAN, DVB NLB, DVB |
| Amount | - $485.5m ($504.7m outstanding pre-transaction) |
| Interest | - Base Rate: LIBOR<br>- Margin: 300bps w/ potential step-up based on prevalent rates |
| Amortization | - 9-month grace period<br>- Straight line profile based on first 15 years of vessel life<br>- 5 year maturity |
| Covenants | - 95% LTV at close<br>- 85% in Q4 14; 80% in Q4 15 |
| Security | - Share pledges, mortgages, earnings |
| Other | - Removal of all deposit accounts |

| NewCoAlpha #2 | Terms |
|---|---|
| Senior Facilities | - Lloyds |
| Amount | - $104.1m (no change) |
| Interest | - Base Rate: LIBOR<br>- Margin: No change (300bps) |
| Amortization | - Current profile<br>- Elimination of cash sweep |
| Covenants | - No change |
| Security | - Share pledges, mortgages, earnings |
| Other | - n/a |

| NewCoAlpha #3 | Terms |
|---|---|
| Senior Facilities | - Natixis |
| Amount | - $37.4m (no change) |
| Interest | - Base Rate: LIBOR<br>- Margin Scope: 160bps<br>- Margin Namrun: 120bbps<br>- 300bps starting with refinancing of Namrun |
| Amortization | - Current profile |
| Covenants | - No change |
| Security | - Share pledges, mortgages, earnings |
| Other | - n/a |

AlixPartners

ICON426

# Financial Analysis

## Summary of Terms: Newco Alpha

| NewCoAlpha #4 | Terms |
|---|---|
| Senior Facilities | - Credit Europe 1st and 2nd Lien on Royal, Namrun, Scope |
| Amount | - $53.6m ($37.5m 1st plus $16.1m 2nd) |
| Interest | - Base Rate: n/a<br>- Interest Royal 1st Lien : 800bps<br>- Interest 2nd Lien: 1,000bps |
| Amortization | - Current profile |
| Covenants | - 2 year grace and 5 year profile |
| Security | - Share pledges, mortgages, earnings |
| Other | - n/a |

| NewCoAlpha #6 | Terms |
|---|---|
| Senior Facilities | - NSF 2nd Lien (behind Unicredit) |
| Amount | - $25.5m (no change) |
| Interest | - Base Rate: n/a<br>- Fixed Margin: 1,150bps |
| Amortization | - Current profile |
| Covenants | - No change |
| Security | - 2nd Mortgages with possibility of additional 2nd priority mortgages on entire facilities |
| Other | - n/a |

| NewCoAlpha #5 | Terms |
|---|---|
| Senior Facilities | - Dekabank |
| Amount | - $74.0 (no change) |
| Interest | - Base Rate: LIBOR<br>- Margin Tarsus: 245bps<br>- Margin Spot: 185bps<br>- Margin Clear: 245bps |
| Amortization | - Amortisation on a cash/pay-as-you-can basis from vessel earnings |
| Covenants | - Suspended |
| Security | - Share pledges, mortgages, earnings |
| Other | - Removal of all deposit accounts<br>- Coordination agreement prohibiting recourse to the remainder of the group |

DEKABANK Copy, March 6 2013

AlixPartners

ICON427

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 34 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 52 of 75 PageID #: 126

# Financial Analysis
## Summary of Terms: Newco Alpha

▸ The below tables summarises the features of debt on Newco Alpha



AlixPartners

ICON428

## Financial Analysis

### Newco Alpha Quarterly Cashflow

| | Q2-13 | Q3-13 | Q4-13 | Q1-14 | Q2-14 | Q3-14 | Q4-14 | Q1-15 | Q2-15 | Q3-15 | Q4-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | |
| Income | - | 36.0 | 35.5 | 36.2 | 37.2 | 37.9 | 37.5 | 44.7 | 44.8 | 42.9 | 42.7 |
| OPEX | - | (16.9) | (16.7) | (16.6) | (16.9) | (16.9) | (16.7) | (16.6) | (16.9) | (16.9) | (16.7) |
| Drydock | - | (0.4) | (1.0) | (0.5) | - | (0.9) | (0.8) | (0.9) | (1.8) | (0.9) | - |
| **EBITDA** | - | 18.7 | 17.8 | 19.1 | 20.3 | 20.0 | 19.9 | 27.2 | 26.1 | 25.1 | 26.0 |
| Working capital changes | - | - | - | - | - | - | - | - | - | - | - |
| **Net operational cashflow** | - | 18.7 | 17.8 | 19.1 | 20.3 | 20.0 | 19.9 | 27.2 | 26.1 | 25.1 | 26.0 |
| **FINANCING ACTIVITIES** | | | | | | | | | | | |
| Equity injections | - | 74.4 | - | - | - | - | - | - | - | - | - |
| Bank Interest (Senior) | - | (6.9) | (6.9) | (6.8) | (6.8) | (6.6) | (6.4) | (6.2) | (6.0) | (5.9) | (5.7) |
| Bank Principal Repayments [1] | - | - | (4.5) | (4.5) | (15.5) | (18.3) | (18.3) | (19.0) | (19.3) | (19.4) | (19.4) |
| NSF Interest (2nd lien) | - | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) | (0.7) |
| Pre-Del Drawdown | - | - | - | - | - | - | - | - | - | - | - |
| Bareboat Drawdowns | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Del Repayments | - | - | - | - | - | - | - | - | - | - | - |
| **Net Financing Cashflow** | - | 66.7 | (12.2) | (12.1) | (23.0) | (25.6) | (25.4) | (26.0) | (26.1) | (26.0) | (25.9) |
| **INVESTMENT ACTIVITIES** | | | | | | | | | | | |
| Capex | - | - | - | - | - | - | - | - | - | - | - |
| Asset Purchases [2] | - | (64.4) | - | - | - | - | - | - | - | - | - |
| **Net Investment** | - | (64.4) | - | - | - | - | - | - | - | - | - |
| **Net cashflow for period** | - | 21.0 | 5.6 | 7.1 | (2.7) | (5.6) | (5.5) | 1.2 | 0.0 | (1.0) | 0.1 |
| **Cumulative net cash balance** | - | 20.8 | 26.4 | 33.5 | 30.7 | 25.1 | 19.6 | 20.8 | 20.8 | 19.9 | 20.0 |
| **RATIOS (Beginning of Period)** | | | | | | | | | | | |
| *Senior Debt Balance* | - | *(754.5)* | *(754.5)* | *(750.0)* | *(745.5)* | *(730.0)* | *(711.7)* | *(693.4)* | *(674.4)* | *(655.1)* | *(635.6)* |
| *NSF 2nd lien Balance* | - | *(25.5)* | *(25.5)* | *(25.5)* | *(25.5)* | *(25.5)* | *(25.5)* | *(25.5)* | *(25.5)* | *(25.5)* | *(25.5)* |
| Leverage: (Debt/EBITDA) | 0.00x | 10.44x | 10.96x | 10.13x | 9.49x | 9.44x | 9.26x | 6.60x | 6.70x | 6.79x | 6.36x |
| Hamburg Jumbo Facility LTV | | 95% | 96% | 97% | 98% | 97% | 96% | 95% | 94% | 93% | 92% |
| Hamburg Jumbo Value (depreciated) | - | 511.0 | 504.7 | 498.5 | 492.2 | 485.9 | 479.6 | 473.4 | 467.1 | 460.8 | 454.5 |
| Vessels | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |

[1] 9 months principal deferral on the Jumbo facility would be necessary to establish minimum liquidity requirements. Shortfall in absence of this shown above.
[2] Asset purchases net of new financing
[3] Equity cure for 85% covenant in Q4 14 and 80% for Q4 16
[4] Value based on depreciation of current market value; depreciation based on remaining life and scrap value (DWT/6*$400)

AlixPartners

ICON429

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF  Document 13-5  Filed 06/11/19  Page 36 of 52

Case 1:18-cv-00178-MAC-ZJH  Document 1-2  Filed 04/20/18  Page 54 of 75 PageID #: 128

## Financial Analysis

Summary of Terms: Newco Beta

▶ The below tables summarises the features of debt on Newco Beta

| NewCo Beta: | Terms |
|---|---|
| Senior Facilities | - CCB, CDB |
| Amount | - $154.3m (no change) |
| Interest | - No change to existing agreements |
| Amortization | - No change to existing agreements |
| Covenants | - No change to existing agreements |
| Security | - No change to existing agreements |
| Other | - n/a |

AlixPartners

ICON430

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
INDEX NO. 655154/2016

NYSCEF DOC. NO. 75

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 37 of 52

RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 55 of 75 PageID #: 129

## Financial Analysis

Newco Beta Quarterly Cashflow

| | Q2-13 | Q3-13 | Q4-13 | Q1-14 | Q2-14 | Q3-14 | Q4-14 | Q1-15 | Q2-15 | Q3-15 | Q4-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | |
| Income | - | 9.3 | 9.2 | 9.4 | 8.8 | 6.4 | 6.4 | 7.2 | 7.4 | 7.4 | 7.3 |
| OPEX | - | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) |
| Drydock | - | - | - | (0.9) | (0.9) | - | - | - | - | - | - |
| EBITDA | - | 7.1 | 7.0 | 6.4 | 5.8 | 4.2 | 4.2 | 5.0 | 5.2 | 5.2 | 5.1 |
| | | | | | | | | | | | |
| Working capital changes | - | - | - | - | - | - | - | - | - | - | - |
| Net operational cashflow | - | 7.1 | 7.0 | 6.4 | 5.8 | 4.2 | 4.2 | 5.0 | 5.2 | 5.2 | 5.1 |
| | | | | | | | | | | | |
| **FINANCING ACTIVITIES** | | | | | | | | | | | |
| Equity Injections | - | - | - | - | - | - | - | - | - | - | - |
| Bank Interest | - | (1.3) | (1.3) | (1.2) | (1.2) | (1.1) | (1.1) | (1.0) | (1.0) | (1.0) | (0.9) |
| Bank Principal Repayments | - | (6.1) | (6.1) | (6.1) | (6.4) | (6.4) | (6.4) | (6.4) | (6.4) | (3.4) | (3.4) |
| Bareboat Payments | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Del Drawdown | - | - | - | - | - | - | - | - | - | - | - |
| Bareboat Drawdowns | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Del Repayments | - | - | - | - | - | - | - | - | - | - | - |
| Net Financing Cashflow | - | (7.4) | (7.4) | (7.3) | (7.6) | (7.6) | (7.5) | (7.4) | (7.4) | (4.4) | (4.4) |
| | | | | | | | | | | | |
| **INVESTMENT ACTIVITIES** | | | | | | | | | | | |
| Capex | - | - | - | - | - | - | - | - | - | - | - |
| Asset Purchases | - | - | - | - | - | - | - | - | - | - | - |
| Net Investment | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Net cashflow for period | - | (0.4) | (0.4) | (0.9) | (1.8) | (3.3) | (3.3) | (2.4) | (2.3) | 0.8 | 0.7 |
| | | | | | | | | | | | |
| Cumulative net cash balance | - | (0.4) | (0.8) | (1.7) | (3.5) | (6.8) | (10.2) | (12.6) | (14.8) | (14.1) | (13.3) |
| | | | | | | | | | | | |
| **RATIOS (Beginning of Period)** | | | | | | | | | | | |
| Debt Balance | - | (161.3) | (155.2) | (149.0) | (142.9) | (136.5) | (130.0) | (123.6) | (117.2) | (110.8) | (107.3) |
| Bareboat balance | - | - | - | - | - | - | - | - | - | - | - |
| Leverage: (Debt/EBITDA) | 0.00x | 5.69x | 5.54x | 5.82x | 6.20x | 8.06x | 7.77x | 6.13x | 5.69x | 5.37x | 5.27x |
| Loan to value | 0% | 118% | 115% | 111% | 108% | 104% | 100% | 96% | 92% | 88% | 86% |
| Value (depreciated) | 138.0 | 136.7 | 135.4 | 134.1 | 132.8 | 131.4 | 130.1 | 128.8 | 127.5 | 126.2 | 124.9 |
| Vessels | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |

[1]  Value based on depreciation of current market value; depreciation based on remaining life and scrap value (DWT/S*$400)

AlixPartners

## Financial Analysis

Geden Oldco Quarterly Cashflow

|  | Q1-13 | Q2-13 | Q3-13 | Q4-13 | Q1-14 | Q2-14 | Q3-14 | Q4-14 | Q1-15 | Q2-15 | Q3-15 | Q4-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | | |
| Income | 64.9 | 59.0 | 24.3 | 24.3 | 25.5 | 26.3 | 25.9 | 25.6 | 31.6 | 32.3 | 29.0 | 28.8 |
| OPEX | (29.8) | (28.9) | (12.5) | (12.4) | (12.3) | (12.5) | (12.5) | (12.4) | (12.3) | (12.5) | (11.4) | (11.0) |
| Drydock | (0.4) | (0.8) | - | - | (0.5) | - | - | - | - | (0.7) | (1.3) | - |
| **EBITDA** | **34.7** | **29.3** | **11.8** | **11.9** | **12.7** | **13.7** | **13.3** | **13.2** | **19.3** | **19.1** | **16.3** | **17.7** |
| Working capital changes [1] | - | - | - | - | - | - | - | - | - | - | - | - |
| Net operational cashflow | 34.7 | 29.3 | 11.8 | 11.9 | 12.7 | 13.7 | 13.3 | 13.2 | 19.3 | 19.1 | 16.3 | 17.7 |
| **FINANCING ACTIVITIES** | | | | | | | | | | | | |
| Equity Injections | - | - | | | | | | | | | | |
| Bank Interest | (10.6) | (9.8) | - | - | - | - | - | - | - | - | - | - |
| Bank Principal Repayments | (23.8) | (29.9) | (39.5) | - | - | - | - | - | - | - | - | - |
| Bareboat Payments | (17.8) | (19.8) | (20.8) | (20.8) | (20.4) | (20.6) | (20.7) | (20.7) | (20.3) | (20.5) | (18.6) | (18.6) |
| Pre-Del Drawdown | 45.0 | 8.5 | - | - | - | - | - | - | - | - | - | - |
| Bareboat Drawdowns | 119.3 | 25.3 | 25.3 | - | - | - | - | - | - | - | - | - |
| Pre-Del Repayments | (57.9) | (12.2) | (13.2) | - | - | - | - | - | - | - | - | - |
| **Net Financing Cashflow** | **54.0** | **(38.0)** | **(48.2)** | **(20.8)** | **(20.4)** | **(20.6)** | **(20.7)** | **(20.7)** | **(20.3)** | **(20.5)** | **(18.6)** | **(18.6)** |
| **INVESTMENT ACTIVITIES** | | | | | | | | | | | | |
| Capex | (82.7) | (42.3) | - | - | - | - | - | - | - | - | [2] | - |
| Asset Sale net proceeds | - | 5.5 | 44.6 | - | - | - | - | - | - | - | (23.9) | - |
| **Net Investment** | **(82.7)** | **(36.8)** | **44.6** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(23.9)** | **-** |
| Net cashflow for period | 6.0 | (45.5) | 8.2 | (8.9) | (7.7) | (6.9) | (7.4) | (7.6) | (0.9) | (1.4) | (26.2) | (0.8) |
| Cumulative net cash balance | 41.0 | (4.5) | 3.7 | (5.3) | (12.9) | (19.8) | (27.2) | (34.8) | (35.7) | (37.1) | (63.4) | (64.2) |
| **RATIOS (Beginning of Period)** | | | | | | | | | | | | |
| *Debt Balance* | (1,109.5) | (1,064.2) | - | - | - | - | - | - | - | - | - | - |
| *Bareboat balance* | (471.3) | (453.4) | (433.7) | (412.8) | (392.0) | (371.7) | (351.1) | (330.3) | (309.6) | (289.3) | (268.8) | (250.3) |
| *Vessels* | 56 | 55 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 20 | 20 |

[1] Working Capital change reflects paydown of corporate facility with cash from sale transaction; $10m outstanding to Rongsheng is left unpaid
[2] Purchase obligations on sale leasebacks assumed to generate cash loss equivalent to deficiency between current outstanding obligation and market value

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019



# V. Conclusions

ICON433

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 40 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 58 of 75 PageID #: 132

# Current Proposal
## Strategy and Objectives

▸   The solution provides, directly or indirectly, for the primary objectives held by the different stakeholders.

| Objective | Comments |
|---|---|
| 1. Compensate stakeholders adequately for their risk-weighted capital exposure and concessions | • Assets with similar risk profile pooled together provides for better aligned incentives<br>• Lenders provided with adequate equity cushion, margins, and covenants<br>• Provides for recategorization of exposure from "Geden Holdings Ltd" to Newco where equity is "in-the-money" and shareholders are better incentivized to provide ongoing support |
| 2. Constrain formal or informal cross subsidization between stakeholders related to different underlying assets | • While it reduces the portfolio effect of a broader fleet, combining similar assets together limits risk of cross subsidies going from high to low collateral vessels<br>• Pooling through creation of unique syndicate facility would facilitate granting of a second priority mortgage through the fleet as well as increase liquidity of bank assets, enabling lenders to sell out of assets without disrupting operations |
| 3. Ring-fence potential sources of disruption, holdout, or nuisance (such as arrests or sister-ship arrests) | • Common set of incentives and exposure to recovery protects lenders from disruptive behaviour onset by other stakeholders with a markedly different position<br>• Sister-ship arrest risk minimized given shareholding structure in Newco |
| 4. Maximize options for stakeholders and potential for self-selection | • Rebasing of assets can provide mechanism for transfer from one Newco profile to another (ie. Group C and D into A)<br>• Opting out of the scheme can be achieved via mutually agreed terms for redelivery of vessel to relevant lender |

DEKABANK copy   March 6 2013

AlixPartners

40

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 41 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 59 of 75 PageID #:  133



# Contents

A.   Facility Description
B.   Financials: Existing
C.   Market Overview

DEKABANK copy, March 6 2015

AlixPartners

ICON435

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 42 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 60 of 75 PageID #: 134



# Appendix
Facility Description

| Facility | HSH1 | HSH2 | Natixis1 | Natixis2 | Icon1 | Icon2 | Octavian1 | Octavian2 |
|----------|------|------|----------|----------|-------|-------|-----------|-----------|
| Debt / Bareboat | Debt | Debt | Debt | Debt | Bareboat | Bareboat | Bareboat | Bareboat |
| Vessels | Hero | Citron / Citrus | Scope | Namrun | Center | Fantasic / Amazing | Enjoy | Marka |
| Lender group | HSH | HSH | Natixis | Natixis | Icon [DVB] | Icon [DVB NLB] | Octavian [DVB] | Octavian [NLB] |

DEKABANK coo⸱   March 6 2013

42

AlixPartners

ICON436

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

## Appendix: Transaction Analysis

Newco Beta Sources and Uses

| Sources | | Uses | |
|---|---|---|---|
| Existing debt rollover | 154.3 | Purchase at outstanding debt level | 154.3 |
| **Total Sources** | **$154.3** | **Total Uses** | **$154.3** |

Additional liquidity to maintain operational cash balance not shown; Estimated at $20m and could be financed via equity of deferrals

DEKABANK copy, March 6 2013

AlixPartners

ICON437

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM

NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 44 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 62 of 75 PageID #: 136

## Appendix: Transaction Analysis

Residual Oldco Sources and Uses

| Sources | | Uses | |
|---|---|---|---|
| Alpha Sale Receipts | 828.6 | Alpha Vessels Debt Repayment | 780.0 |
| Beta Sale Receipts | 154.3 | Beta Vessels Debt Repayment | 154.3 |
| Baytur Sale Receipts | 13.6 | Baytur Debt Repayment | 8.4 |
| Group C Sale Receipts | 258.8 | Group C Repayment | 258.8 |
| | | Change in Working Capital (Repayment of A/P) & corp. facility | 53.8 |
| **Total Sources** | **$1,255.3** | **Total Uses** | **$1,255.3** |

EKABANK copy, March 6 2013

AlixPartners

ICON438

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016

Case 1:19-cv-05065-JMF Document 13-5 Filed 06/11/19 Page 45 of 52

RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH Document 1-2 Filed 04/20/18 Page 63 of 75 PageID #: 137



## Assumptions

Revenue





FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF  Document 13-5  Filed 06/11/19  Page 46 of 52

Case 1:18-cv-00178-MAC-ZJH  Document 1-2  Filed 04/20/18  Page 64 of 75 PageID #: 138



## Assumptions

Revenue





DEKABANK copy  March 6 2013

AlixPartners

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
INDEX NO. 655154/2016

NYSCEF DOC. NO. 75
Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 47 of 52
RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 65 of 75 PageID #: 139

## Appendix: Additional Financial Analysis

Newco Alpha Five Year Cashflow

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | |
| Income | 71.5 | 148.8 | 175.2 | 181.3 | 186.7 |
| OPEX | (33.7) | (67.2) | (67.2) | (67.3) | (67.2) |
| Drydock | (1.4) | (2.3) | (3.6) | (6.3) | (2.3) |
| **EBITDA** | 36.5 | 79.3 | 104.4 | 107.7 | 117.2 |
| | | | | | |
| Working capital changes | - | - | - | - | - |
| **Net operational cashflow** | 36.5 | 79.3 | 104.4 | 107.7 | 117.2 |
| | | | | | |
| **FINANCING ACTIVITIES** | | | | | |
| Equity injections | 74.4 | - | - | - | - |
| Bank Interest (Senior) | (13.8) | (26.7) | (23.8) | (20.8) | (17.6) |
| Bank Principal | | | | | |
| Repayments | (4.7) | (56.6) | (77.2) | (79.1) | (78.2) |
| NSF Interest (2nd lien) | (1.5) | (2.9) | (2.9) | (2.9) | (2.9) |
| Pre-Del Drawdown | - | - | - | - | - |
| Bareboat Drawdowns | - | - | - | - | - |
| Pre-Del Repayments | - | - | - | - | - |
| **Net Financing Cashflow** | 54.4 | (86.2) | (104.0) | (102.7) | (98.8) |
| | | | | | |
| **INVESTMENT ACTIVITIES** | | | | | |
| Capex | - | - | - | - | - |
| Asset Purchases | (64.4) | - | - | - | - |
| **Net Investment** | (64.4) | - | - | - | - |
| | | | | | |
| **Net cashflow for period** | 26.4 | (6.8) | 0.4 | 4.9 | 18.4 |
| | | | | | |
| Cumulative net cash | | | | | |
| balance | 26.4 | 19.6 | 20.0 | 24.9 | 43.3 |
| | | | | | |
| **RATIOS (Beg. of Period)** | | | | | |
| *Senior Debt Balance* | (754.5) | (749.8) | (693.2) | (616.0) | (536.9) |
| *NSF 2nd lien Balance* | (25.5) | (25.5) | (25.5) | (25.5) | (25.5) |
| Leverage: (Debt/EBITDA) | 21.40x | 9.77x | 6.88x | 5.96x | 4.80x |
| Hamburg Jumbo Facility LTV | 95% | 97% | 95% | 91% | 86% |
| Value (depreciated) | 511.0 | 498.5 | 473.4 | 448.3 | 423.2 |
| Vessels | 29 | 29 | 29 | 29 | 29 |

DEKABA        47  copy, Mer   2013        AlixPartners

ICON441

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
INDEX NO. 655154/2016

NYSCEF DOC. NO. 75

Case 1:19-cv-05065-JMF Document 13-5 Filed 06/11/19 Page 48 of 52
RECEIVED NYSCEF: 02/01/2019

Case 1:18-cv-00178-MAC-ZJH Document 1-2 Filed 04/20/18 Page 66 of 75 PageID #: 140

# Appendix: Additional Financial Analysis

Newco Beta Five Year Cashflow

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | |
| Income | 18.5 | 31.0 | 29.2 | 31.3 | 32.1 |
| OPEX | (4.4) | (8.8) | (8.8) | (8.8) | (8.8) |
| Drydock | - | (1.7) | - | (1.3) | - |
| **EBITDA** | 14.1 | 20.6 | 20.4 | 21.3 | 23.4 |
| | | | | | |
| Working capital changes | - | - | - | - | - |
| **Net operational cashflow** | 14.1 | 20.6 | 20.4 | 21.3 | 23.4 |
| | | | | | |
| **FINANCING ACTIVITIES** | | | | | |
| Equity Injections | - | - | - | - | - |
| Bank Interest | (2.6) | (4.6) | (3.9) | (3.3) | (2.7) |
| Bank Principal Repayments | (12.3) | (25.4) | (19.7) | (20.2) | (20.2) |
| Bareboat Payments | - | - | - | - | - |
| Pre-Del Drawdown | - | - | - | - | - |
| Bareboat Drawdowns | - | - | - | - | - |
| Pre-Del Repayments | - | - | - | - | - |
| **Net Financing Cashflow** | (14.8) | (30.0) | (23.6) | (23.5) | (22.8) |
| | | | | | |
| **INVESTMENT ACTIVITIES** | | | | | |
| Capex | - | - | - | - | - |
| Asset Purchases | - | - | - | - | - |
| **Net Investment** | - | - | - | - | - |
| | | | | | |
| **Net cashflow for period** | (0.8) | (9.4) | (3.2) | (2.2) | 0.5 |
| | | | | | |
| Cumulative net cash balance | (0.8) | (10.2) | (13.3) | (15.6) | (15.0) |
| | | | | | |
| **RATIOS (Beg. of Period)** | | | | | |
| *Debt Balance* | (161.3) | (149.0) | (123.6) | (103.9) | (83.8) |
| *Bareboat balance* | - | - | - | - | - |
| Leverage: (Debt/EBITDA) | 11.45x | 7.24x | 6.05x | 4.89x | 3.59x |
| Loan to value | 117% | 112% | 97% | 85% | 72% |
| Value (depreciated) | 138.0 | 132.8 | 127.5 | 122.3 | 117.0 |
| Vessels | 4 | 4 | 4 | 4 | 4 |

AlixPartners

## Appendix: Additional Financial Analysis

Residual Oldco Five Year Cashflow

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | |
| Income | 172.5 | 103.2 | 121.6 | 121.3 | 105.5 |
| OPEX | (83.7) | (49.7) | (47.2) | (39.6) | (33.6) |
| Drydock | (1.2) | (0.5) | (2.0) | (1.9) | (2.3) |
| **EBITDA** | 87.7 | 52.9 | 72.4 | 79.7 | 69.6 |
| | | | | | |
| Working capital changes | - | - | - | - | - |
| **Net operational cashflow** | 87.7 | 52.9 | 72.4 | 79.7 | 69.6 |
| | | | | | |
| **FINANCING ACTIVITIES** | | | | | |
| Equity injections | - | - | - | - | - |
| Bank Interest | (20.5) | - | - | - | - |
| Bank Principal Repayments | (93.2) | - | - | - | - |
| Bareboat Payments | (79.2) | (82.4) | (77.9) | (64.0) | (49.6) |
| Pre-Del Drawdown | 53.4 | - | - | - | - |
| Bareboat Drawdowns | 169.8 | - | - | - | - |
| Pre-Del Repayments | (83.3) | - | - | - | - |
| **Net Financing Cashflow** | (53.0) | (82.4) | (77.9) | (64.0) | (49.6) |
| | | | | | |
| **INVESTMENT ACTIVITIES** | | | | | |
| Capex | (125.0) | - | - | - | - |
| Asset Sale net proceeds | 50.1 | - | (23.9) | (37.2) | (24.1) |
| **Net Investment** | (75.0) | - | (23.9) | (37.2) | (24.1) |
| | | | | | |
| **Net cashflow for period** | (40.3) | (29.5) | (29.4) | (21.5) | (4.2) |
| | | | | | |
| **Cumulative net cash balance** | (5.3) | (34.8) | (64.2) | (85.7) | (89.9) |
| | | | | | |
| **RATIOS (Beg. of Period)** | | | | | |
| *Debt Balance* | (1,109.5) | - | - | - | - |
| *Bareboat balance* | (471.3) | (392.0) | (309.6) | (231.7) | (167.7) |
| *Vessels* | 56 | 22 | 20 | 17 | 14 |

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 50 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 68 of 75 PageID #:  142



## Appendix

### Bank Exposure: Hamburg reduced to 90% LTV

▸ Equity required if LTV improved to 90% is $90.0m ($25.6m more than at an LTV of 95%)

| | Estimated Value | Current debt | LTV Before | New Debt | LTV After | Change in debt | Change in LTV |
|---|---|---|---|---|---|---|---|
| Unicredit | 99.0 | 94.9 | 96% | 89.1 | 90% | (5.8) | -6% |
| NLB | 170.1 | 168.8 | 99% | 153.1 | 90% | (15.7) | -9% |
| DVB | 106.3 | 103.4 | 97% | 95.6 | 90% | (7.8) | -7% |
| Commerzbank | 14.8 | 14.6 | 99% | 13.3 | 90% | (1.3) | -9% |
| BrLB | 13.1 | 13.0 | 99% | 11.8 | 90% | (1.1) | -9% |
| Santander | 23.8 | 22.5 | 95% | 21.2 | 89% | (1.4) | -6% |
| HSH | 92.0 | 94.6 | 103% | 82.8 | 90% | (11.8) | -13% |
| GB Global | 219.0 | 220.3 | 101% | 220.3 | 101% | 0.0 | 0% |
| CDB | 72.0 | 88.1 | 122% | 88.1 | 122% | 0.0 | 0% |
| CCB | 66.0 | 66.2 | 100% | 66.2 | 100% | 0.0 | 0% |
| Credit Europe | 50.0 | 53.6 | 107% | 53.6 | 107% | 0.0 | 0% |
| Lloyds | 137.0 | 104.1 | 76% | 104.1 | 76% | 0.0 | 0% |
| NSF | 46.0 | 64.0 | 139% | 64.0 | 139% | 0.0 | 0% |
| Natixis | 35.0 | 30.4 | 87% | 30.4 | 87% | 0.0 | 0% |
| Octavian | 62.0 | 83.2 | 134% | 83.2 | 134% | 0.0 | 0% |
| Deka | 54.0 | 74.0 | 137% | 74.0 | 137% | 0.0 | 0% |
| Icon | 85.0 | 127.6 | 150% | 127.6 | 150% | 0.0 | 0% |
| Stealth | 62.0 | 109.5 | 177% | 109.5 | 177% | 0.0 | 0% |
| FSL | 52.0 | 121.6 | 234% | 121.6 | 234% | 0.0 | 0% |
| **TOTAL** | **1,459.0** | **1,654.3** | **113%** | **1,609.4** | **110%** | **(44.8)** | **-3%** |

DEKABANK copy. March      13

AlixPartners

ICON444



## Appendix

Potential loss on bareboat purchase obligations

▸ There exist a number of obligations to purchase at future dates under the following bareboat agreements. The cashflows reflect the following losses occurring via purchase and resale at the obligation date. It assumes no changes to market values but applies depreciation to current estimated values over the time until the purchase and resale date. If the vessels were retained rather than crystallize the loss, then there would be a greater cash outflow for refinancing plus further ongoing loss on vessels were these occur.

|  | Purchase obligation ($m) | Estimated value today ($m) | Loss on resale | Depreciated value ($m) | Loss on resale | Purchase Ob. Date | Years | Monthly depreciation |
|---|---|---|---|---|---|---|---|---|
| Avor | 51.5 | 31 | -20.5 | 27.6 | -23.9 | Aug-15 | 2.6 | 0.11 |
| Enjoy | 38.5 | 30 | -8.5 | 25.5 | -13.0 | Apr-16 | 3.2 | 0.11 |
| Centre | 64.5 | 47 | -17.5 | 40.2 | -24.3 | Jun-16 | 3.4 | 0.17 |
| Marka | 37 | 32 | -5 | 26.0 | -11.0 | Apr-17 | 4.2 | 0.12 |
| Fantastic | 21.5 | 19 | -2.5 | 14.9 | -6.6 | Oct-17 | 4.8 | 0.07 |
| Amazing | 21.5 | 19 | -2.5 | 14.9 | -6.6 | Oct-17 | 4.8 | 0.07 |
| TOTAL | 234.5 | 178 | -56.5 | 149.2 | -85.3 | | | |

DEKABANK copy  March 8 2013

AlixPartners

ICON445

FILED: NEW YORK COUNTY CLERK 02/01/2019 04:46 PM
NYSCEF DOC. NO. 75

INDEX NO. 655154/2016
RECEIVED NYSCEF: 02/01/2019

Case 1:19-cv-05065-JMF   Document 13-5   Filed 06/11/19   Page 52 of 52

Case 1:18-cv-00178-MAC-ZJH   Document 1-2   Filed 04/20/18   Page 70 of 75 PageID #: 144

## Global Locations

AlixPartners is ready to field a team of relevant experts whenever
and wherever they are needed. Our professionals work from 15
global offices in more than a dozen different countries. They speak
more than 50 languages, and have experience in every corner
of the world. Call us, we'll be there when it really matters.

**Chicago**
300 N. LaSalle Street
Suite 1900
Chicago, IL 60654
312.346.2500

**Dallas**
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
214.647.7500

**Detroit**
2000 Town Center
Suite 2400
Southfield, MI 48075
248. 358.4420

**Dubai**
Gate Village 10, Level 03
P.O. Box 125115
Dubai Intl Financial Centre
Dubai, United Arab Emirates
+971.4.401.9246

**Düsseldorf**
Königsallee 59 a
40215 Düsseldorf
Germany
+49.211.97.55.10.00

**London**
20 North Audley Street
London W1K 6WE
United Kingdom
+44.20.7098.7400

**Los Angeles**
515 S. Flower Street
Suite 3050
Los Angeles, CA 90071
213.437.7100

**Milan**
Corso Matteotti 9
20121 Milan
Italy
+39.02.360.12000

**Munich**
Mauerkircherstr. 1 a
81679 Munchen
Germany
+49.89.20.30.40.00

**New York**
40 West 57th Street
New York, NY 10019
212.490.2500

**Paris**
49/51 Avenue George V
75008 Paris
France
+33.1.76.74.72.00

**San Francisco**
4 Embarcadero Center
31st Floor, Suite 3110
San Francisco, CA 94111
415.848.0283

**Shanghai**
Suite 6111
Plaza 66 Building I
1266 Nan Jing West Road
Shanghai, 200040 China
+8621.6171.7555

**Tokyo**
Marunouchi Building 33F
2-4-1 Marunouchi
Chiyoda-ku
Tokyo 100-6333 Japan
+81.3.5533.4800

**Washington, DC**
1602 L Street, NW
Suite 300
Washington, DC 20036
202.756.9000

© AlixPartners, LLP, 2010

DEKABANK copy, March 2013

52

AlixPartners

ICON446